UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SPANGLER CONCRETE, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-00839-SAB<br><br>ORDER GRANTING DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE |

　　Plaintiff United National Insurance Company filed this action on June 2, 2015, against Defendants Spangler Concrete and Engineering and Park West Landscaping, Inc.  On September 8, 2015, Plaintiff filed a notice of settlement and request for dismissal as the parties have reached settlement in this action.  "[U]nder Rule 41(a)(1)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'"  Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)).

　　Accordingly, Plaintiff's request for dismissal is GRANTED.  The Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case.

IT IS SO ORDERED.

Dated:   **September 9, 2015**　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE